UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MYCHAEL TYRONE SHANNON, | ) | Case No. EDCV 03-375 RGK (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| EDWARD S. ALAMEIDA, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 3, 2010

_____
R. Gary Klausner
United Sates District Judge